### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR15** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **EZEQUIEL MATA, JR.,** | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 27 be stricken from the record for the following reason:

- Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 27 from the record.

DATED this 20th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge